**United States Bankruptcy Court**
**District of South Dakota**

IN RE:                                                                                               Case No. **05-30027**

**Si Tanka University**                                                                      Chapter **11**

                                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Internal Revnue Service**<br>115 4th Avenue SE<br>Aberdeen, SD  57401 | **Alice Irvine**<br>(605) 226-7216 x274 | **Trade debt** | **Disputed** | **3,132,588.10** |
| **Huron University Foundation**<br>333 - 9th Street SW<br>Huron, SD  57350-2798 | **Office Manager**<br>(605) 352-8721 | | | **414,000.00** |
| **Northwestern Communications Solutions**<br>124 South 1st Street<br>Aberdeen, SD  57401 | **Office Manager**<br>(800) 245-6977 | **Trade debt** | | **259,135.74** |
| **Dakota Phones**<br>402 Maple Avenue<br>Rapid City, SD  57701 | **Office Manager**<br>(605) 343-1319 | **Trade debt** | | **70,894.52** |
| **Gunderson, Palmer, Goodsell**<br>P.O. Box 8045<br>Rapid City, SD  57709-8045 | **Office Manager**<br>(605) 342-1078 | **Trade debt** | | **69,144.40** |
| **McLeod USA**<br>P.O. Box 88308<br>Sioux Falls, SD  57108 | **Office Manager**<br>(605) 965-9393 | **Trade debt** | | **60,134.05** |
| **US Department Of Education**<br>400 Maryland Avenue SW<br>Washington, DC  20202 | **Office Manager**<br>(800) 872-5327 | | | **58,300.00** |
| **BISYS Plan Services**<br>Lockbox 19615<br>Newark, NJ  07195-0615 | **Office Manager**<br>(215) 648-8000 | **Trade debt** | | **47,925.21** |
| **Stockman Kast Ryan & Co., LLP**<br>102 North Cascade, Sutie 450<br>Colorado Springs, CO  80903 | **Office Manager**<br>(719) 630-1186 | **Trade debt** | | **45,120.43** |
| **City Capital**<br>1255 Wrights Lane<br>West Chester, PA  19380 | **Office Manager**<br>(800) 736-9033 | **Trade debt** | | **40,500.76** |
| **Fidelity Leasing, Inc.**<br>P.O. Box 8500-9805<br>Philadelphia, PA  19178-9805 | **Office Manager**<br>(800) 736-9033 | **Trade debt** | | **40,449.75** |
| **Compaq**<br>P.O. Box 277205<br>Atlanta, GA  30384-7205 | **Office Manager**<br>(800) 752-0900 | **Trade debt** | | **38,917.00** |
| **Northern State University**<br>**Department Of Education**<br>1200 South Jay Street<br>Aberdeen, SD  57401 | **Office Manager**<br>(605) 626-2550 | **Trade debt** | | **34,791.00** |
| **Crossroads Hotel & Convention Center**<br>P.O. Box 833<br>Huron, SD  57350 | **Office Manager**<br>(605) 352-3204 | **Trade debt** | | **34,004.05** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **CRST Sales & Service**<br>P.O. Box 810<br>Eagle Butte, SD  57625 | **Office Manager**<br>**(605) 964-2700** | **Trade debt** | **32,445.14** |
| **AAA Travel Agency**<br>201 East Sioux<br>Pierre, SD  57702 | **Office Manager**<br>**(605) 224-0422** | **Trade debt** | **26,734.29** |
| **Lynn, Jackson, Shultz & Lebrun, PC**<br>P.O. Box 1920<br>Sioux Falls, SD  57104 | **Dave Nadolski**<br>**(605) 332-5999** | | **25,000.00** |
| **Skyways Huron Regional Airport**<br>P.O. Box 124<br>Huron, SD  57350 | **Office Manager**<br>**(605) 352-9262** | **Trade debt** | **20,889.42** |
| **Citicapital Corp.**<br>P.O. Box 8500-9805<br>Philadelphia, PA  19178-9805 | **Office Manager**<br>**(800) 736-9033** | **Trade debt** | **14,047.83** |
| **SDN Communications**<br>2900 West 10th Street<br>Sioux Falls, SD  57104 | **Office Manager**<br>**(605) 334-7185** | **Trade debt** | **13,950.83** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April  9, 2005**        Signature: */s/ Francine Hall*

**Francine Hall, University President**
(Print Name and Title)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**