# 1st SESSION - June 6 – July 1

## Term Class Schedule    *MINIMUM OF 10 STUDENTS FOR A CLASS TO BE TAUGHT*

Sorted by: Campus, Term, Course Code

rpt_adClassSched.rpt
JROBERTS

4/27/2005
4:56:11PM

| Building / Room | Course Code | Section | | Course Description | Days of Week | Instructor Secondary Instructors | Start Time | End Time | Max Students | # Active | Avail. Seats |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Campus:** | **Si Tanka University-Eagle Butte Campus** | | | | | | | | | | |
| **Term:** | **SUMMER2005-1ST , Summer 2005 - 1st Session** | | | | | | | | | | |
| STU-114 | ACC211 | 1 | 4 | Accounting II | MW | Staff Staff | 01:00PM | 07:16PM | 20 | 0 | 20 |
| STU-113 | ACC310 | 1 | 4 | Intermediate Accounting I | MW | Staff Staff | 12:00PM | 06:16PM | 20 | 0 | 20 |
| STU-106 | ACC350 | 1 | 4 | Income Tax | TR | Staff Staff | 01:00PM | 07:16PM | 20 | 0 | 20 |
| STU-112 | ACC450 | 1 | 4 | Government & Non Profit Accounting | MW | Staff Staff | 01:00PM | 07:16PM | 20 | 0 | 20 |
| STU-104 | CRJ141 | 1 | 3 | Intro to Criminal Justice | MW | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |
| STU-111 | CS105 | 1 | 3 | Windows Applications | MW | Staff Staff | 12:00PM | 04:42PM | 20 | 2 | 18 |
| STU-106 | EC212/ELE356 | 1 | 2 | Children's Literature | MW | Staff Staff | 05:00PM | 08:08PM | 20 | 0 | 20 |
| STU-104 | EC236 | 1 | 2 | Understanding Young Children | MTR | Staff Staff | 05:00PM | 08:08PM | 20 | 0 | 20 |
| STU-103 | ECO202 | 1 | 3 | Microeconomics | TR | Staff Staff | 12:00PM | 04:42PM | 20 | 1 | 19 |
| STU-110 | EDU331 | 1 | 3 | South Dakota Indian Studies | TR | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| STU-105 | EDU441 | 1 | 3 | Educational Assessment | TR | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |
| STU-113 | ELE354 | 1 | 2 | Teaching Elementary Math | TR | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| STU-105 | ENG101 | 1 | 3 | Technical Communications (Voc.Ed.) | MW | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| STU-103 | ENG111 | 1 | 3 | English Composition I | MW | Staff Staff | 05:00PM | 09:42PM | 20 | 4 | 16 |

Si Tanka University

* Denotes a Secondary Instructor

Page 1 of 2

EXHIBIT 4

## Term Class Schedule

4/27/2005
4:56:11PM

| Building / Room | Course Code | Section | Course Description | Days of Week | Instructor Secondary Instructors | Start Time | End Time | Max Students | # Active | Avail. Seats |
|---|---|---|---|---|---|---|---|---|---|---|
| STU-104 | FIN310 | 1  3 | Business Finance | M W | Staff Staff | 12:00PM | 04:42PM | 20 | 1 | 19 |
| STU-109 | FIN420 | 1  3 | Investments | T R | Staff Staff | 05:00PM | 09:42PM | 20 | 1 | 19 |
| STU-106 | HE131 | 1  3 | Personal Health & Wellness | M W | Staff Staff | 12:00PM | 04:42PM | 20 | 1 | 19 |
| STU-114 | HE135 | 1  2 | Survey of Alcohol & Drugs | T R | Staff Staff | 01:00PM | 05:42PM | 20 | 1 | 19 |
| STU-110 | MAT101 | 1  3 | College Prep Algebra | M W | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| STU-104 | MKT301 | 1  3 | Principles of Marketing | T R | Staff Staff | 12:00PM | 04:42PM | 20 | 0 | 20 |
| STU-107 | PSY100 | 1  3 | Intro to Psychology | T R | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| VOCED- | VOC190A | 1  3 | Practical Applications (Session 1) | T R | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |

22 Record(s) selected

# Term Class Schedule

*July 11-Aug*

rpt_adClassSched.rpt
JROBERTS

Sorted by: Campus, Term, Course Code

*2ND SUMMER SESSION — MINIMUM OF 10 STUDENTS FOR A CLASS TO BE TAUGHT!*

4/26/2005
10.20:06AM

| Building / Room | Course Code | Section | Course Description | Days of Week | Instructor Secondary Instructors | Start Time | End Time | Max Students | # Active | Avail. Seats |
|---|---|---|---|---|---|---|---|---|---|---|
| Campus: | Si Tanka University-Eagle Butte Campus | | | | | | | | | |
| Term: | SUMMER2005-2ND , Summer 2005 - 2nd Session | | | | | | | | | |
| STU-105 | ACC311 | 1  4 | Intermediate Accounting II | T R | Staff Staff | 01:00PM | 07:16PM | 20 | 0 | 20 |
| STU-104 | BIO101 | 1  3 | Principles of Biology | T R | Staff Staff | 12:00PM | 04:42PM | 20 | 0 | 20 |
| STU-104 | BIO101L | 1  1 | Principles of Biology Lab | T R | Staff Staff | 12:00PM | 12:50PM | 20 | 0 | 20 |
| STU-106 | BIO130 | 1  3 | Environmental Science | M W | Staff Staff | 12:00PM | 04:42PM | 20 | 0 | 20 |
| STU-105 | CRJ210 | 1  3 | Intro to Policing | T R | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |
| STU-113 | CRJ470 | 1  3 | Criminal Investigation | M W | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| STU-109 | EC246 | 1  2 | Creative Activities for Early Childhood | M W | Staff Staff | 01:00PM | 04:08PM | 20 | 0 | 20 |
| STU-105 | ECO310 | 1  3 | Money and Banking | M W | Staff Staff | 12:00PM | 04:42PM | 20 | 0 | 20 |
| STU-110 | EDU242 | 1  3 | Educational Psychology | M W | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| STU-106 | ELE240 | 1  2 | Teaching Music In Elementary School | M W | Staff Staff | 05:00PM | 08:08PM | 20 | 0 | 20 |
| STU-104 | ELE351 | 1  3 | Teaching Science In Elementary School | M W | Staff Staff | 12:00PM | 04:42PM | 20 | 0 | 20 |
| STU-105 | ELE355 | 1  2 | Teaching Social Studies in Elementary | T R | Staff Staff | 12:00PM | 03:08PM | 20 | 0 | 20 |
| STU-103 | ELE356 | 1  3 | Teaching Content Reading In Elementary School | M W | Staff Staff | 12:00PM | 04:42PM | 20 | 0 | 20 |
| STU-103 | ENG112 | 1  3 | English Composition II | T R | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |

Si Tanka University

* Denotes a Secondary Instructor

Page 1 of 2

Term Class Schedule

4/26/2005
10:20:06AM

| Building / Room | Course Code | Section | Course Description | Days of Week | Instructor Secondary Instructors | Start Time | End Time | Max Students | # Active | Avail. Seats |
|---|---|---|---|---|---|---|---|---|---|---|
| STU-103 | FIN301 | 1 3 | Personal Finance | T R | Staff Staff | 12:00PM | 04:42PM | 20 | 0 | 20 |
| STU-103 | HIS240 | 1 3 | US History | M W | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |
| STU-104 | LAK203 | 1 3 | Lakota Language I | T R | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |
| STU-109 | MAT102 | 1 3 | Algebra | T R | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |
| STU-105 | MAT103 | 1 3 | College Algebra | M W | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |
| STU-104 | MIS254 | 1 3 | Spreadsheet Applications | M W | Staff Staff | 05:00PM | 09:42PM | 20 | 0 | 20 |
| VOCED- | VOC190B | 1 3 | Practical Applications (Session 2) | T R | Staff Staff | 01:00PM | 05:42PM | 20 | 0 | 20 |

21 Record(s) selected