**DECLARATION**

I, Francine Hall, President of Si Tanka University, make this declaration to the following facts for the Eagle Butte campus:

1. A combined total of 92 students were enrolled in Session 1 and Session 2 for the Summer 2004 program.

2. The total school enrollment from September 1, 2004, to April 30, 2005, was 303 students.

3. The following percentages on funding are based on the 2004-2005 school year:

    a. 0.03% of the students received funding through work study.
    b. 59% of the students received funding through Pell grants.
    c. 32% of the students received funding through the Student Educational Opportunity Grant.
    d. 41% of students did not receive Title IV funding.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____ day of May, 2005.

SI TANKA UNIVERSITY

By: _____
    Francine Hall
    It:  President