UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | Adversary #05 – 03003 |
| SI TANKA UNIVERSITY, | Bankr. Case # 05 – 30027 |
| A tribally – chartered corporation, | Chapter 11 |
| Debtor. | **NOTICE OF APPEAL** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SI TANKA UNIVERSITY,

   Appellant/Plaintiff,

vs.

UNITED STATES DEPARTMENT OF
EDUCATION,

   Appellee/Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

  Si Tanka University, the Plaintiff/Debtor, appeals under 28 U.S.C. §158(a) from the order of the bankruptcy judge denying Plaintiff-Debtor's Motion for Preliminary Injunction, entered in this adversary proceeding on the 12th day of May, 2005.

  The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

  Si Tanka University – Appellant/Plaintiff/Debtor
    Clair R. Gerry & Laura L. Kulm Ask
    Stuart, Gerry & Schlimgen, Prof. LLC
    507 West 10th Street
    P. O. Box 966
    Sioux Falls, SD  57101-0966
    Telephone:  (605) 336-6400
    Attorney for Appellant/Debtor/Plaintiff

United States Department Of Education – Appellee/Defendant
    Stephanie Bengford
    U.S. Attorney's Office
    P.O. Box 3303
    Sioux Falls, SD  57101-3303
    Telephone:  (605) 330-4400
    Attorney for Appellee/Defendant

Dated this 20th day of May, 2005.

                      STUART, GERRY & SCHLIMGEN, PROF. LLC:

                By:  _/s/ Clair R. Gerry_____
                    Attorneys for Appellant
                    Clair R. Gerry
                    Laura L. Kulm Ask
                    507 West 10th Street
                    P.O. Box 966
                    Sioux Falls, SD 57101-0966
                    Telephone:  (605) 336-6400
                    Fax:  (605) 336-6842