UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

In Re:

SI TANKA UNIVERSITY

Case No. 05-30027
Chapter 11

**ORDER APPROVING STIPULATION FOR
ADEQUATE PROTECTION**

Debtor.

This matter is before the Court based upon United States' Motion for Approval of the

Stipulation for Adequate Protection between the Debtor and the United States. Notice was

provided to the parties of interest and no objections were timely filed. Accordingly, it is hereby

ORDERED that the stipulation entered into between the Debtor and the United States

which was filed on August 26, 2005, is approved and incorporated herein as if set out in full.

Dated this 20 day of September, 2005.

BY THE COURT:

Irvin N. Hoyt
United States Bankruptcy Judge

I hereby certify that a copy of this document was elec-
tronically transmitted, mailed, hand delivered or faxed
this date to the parties on the attached service list.

SEP 20 2005

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By

Page -1-

**NOTICE OF ENTRY**
Under F.R.Bankr.P. 9022(a)
**Entered**

SEP 20 2005

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

Al Arendt
Arendt Law Office
401 E Sioux
PO Box 1077
Pierre, SD 57501-2571


Stephanie C. Bengford
Assistant U.S. Attorney
PO Box 3303
Sioux Falls, SD 57101-3303


Roger W. Damgaard
PO Box 5027
Sioux Falls, SD 57117


Nicole N. Emerson
Lynn, Jackson, Shultz & Lebrun
PO Box 1920
Sioux Falls, SD 57101

Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321


Clair R. Gerry
PO Box 966
Sioux Falls, SD 57101-0966

Internal Revenue Service
Attn:  Alice Irvine
115 SE 4th Avenue
Aberdeen, SD 57401-4380


Alice Irvine (ELECTRONIC)
Internal Revenue Service
115 4th Avenue SE
Aberdeen, SD 57401-4380


Dana Kleinsasser (ELECTRONIC)
USDA Rural Development/Housing Service
Room 210, Federal Building
200 SW 4th Street
Huron, SD 57350


Douglas E Kludt
Churchill Manolis Freeman Kludt Shelton
PO Box 176

Huron, SD 57350-0176

Laura L Kulm Ask
Stuart, Gerry & Schlimgen, Prof LLC
PO Box 966
Sioux Falls, SD 57101-0966

Robert B. McMaster
Riezman Berger P.C.
7700 Bonhomme, 7th Floor
St. Louis, MO 63105

David L. Nadolski
Lynn, Jackson, Shultz & Lebrun
PO Box 1920
Sioux Falls, SD 57101

Shermeta & Adams, P.C.
PO Box 80908
Rochester, MI 48308-80908

Si Tanka University
PO Box 220
Eagle Butte, SD 57625

Brent A. Wilbur
PO Box 160
Pierre, SD 57501-0160