UNITED STATES BANKRUPTCY
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:                                                               Case # 05-30027
SI TANKA UNIVERSITY,                                        Chapter 11

    Debtor.                                              **WITNESS AND EXHIBIT LIST**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    **COMES NOW** the Debtor, by and through its attorney of record, and provides Debtor's Witness and Exhibit List for the hearing set for November 29, 2005, at 1:15 p.m., in reference to Debtor's Motion for Extension of Time to File a Plan and Gain Acceptance.

**WITNESS LIST:**

1. Francine Hall, President, Si Tanka University.

**EXHIBIT LIST:**

A. None identified at this time.

    Dated this 4th day of November, 2005.

                                          Stuart, Gerry & Schlimgen,
                                          Prof. LLC:

                            By: /s/ Clair R. Gerry
                                Clair R. Gerry
                                Attorney for Si Tanka
                                507 W. 10th Street
                                PO Box 966
                                Sioux Falls, SD 57101-0966
                                Telephone: (605)336-6400
                                Fax: (605)336-6842