UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

In Re:

SI TANKA UNIVERSITY

    Debtor.

BK05-30027
Chapter 11

**WITNESS AND EXHIBIT LIST**

Pursuant to the Court's Order Rescheduling the Hearing on Debtor's Motion for Extension of Time to File Plan and Gain Acceptance, COMES NOW the United States of America, by and through Assistant United States Attorney, Stephanie C. Bengford, and designates the following witnesses and exhibits in opposing Debtor's extension of time:

**WITNESS**

Alice Irvine
Insolvency Specialist
115 SE 4TH AVE
ABERDEEN SD 57401-4380

**EXHIBITS**

Exhibit 1-   Declaration of Asad Shahid (admission has been consented to by counsel for Debtor)

Exhibit 2-   Amortization of Monthly Payments to the IRS by Debtor based upon the Proof of Claim filed by the IRS

Dated this 4th day of November, 2005.

                                        MICHELLE G. TAPKEN
                                        United States Attorney

                                        /s/ Stephanie C. Bengford
                                        STEPHANIE C. BENGFORD
                                        Assistant U.S. Attorney
                                        PO Box 3303
                                        Sioux Falls, SD  57101-3303
                                        605-330-4401, ext. 125