```
              UNITED STATES BANKRUPTCY COURT
                 DISTRICT OF SOUTH DAKOTA
```

In re:                              )  Bankr. No. 05-30027
                                    )  Chapter 11
SI TANKA UNIVERSITY                 )
Tax I.D. 46-0351565                 )  ORDER DISMISSING CASE
                Debtor              )

    The matter before the Court is the Motion to Dismiss or Convert to Chapter 7 Proceeding filed by the United States Trustee; the joinder in the Motion filed by the United States' Departments of Education, Agriculture and Treasury; and the objections to the Motion filed *pro se* by Rocco Murano, Kristine Harms, Rodney L. Mittelstedt, Jeanne Sager, Muriel Vivian High Elk, GJ Antoine, Linda Schacht, Lindsay Johnson, Shawn Kelley, Duane Roy, Kayleen McKinney, Les McKinney, and Davender Hooda.  A hearing was held February 8, 2006.  Appearances included Assistant United States Trustee Bruce J. Gering, Assistant United States Attorney Stephanie C. Bengford for the United States, and Clair R. Gerry for Debtor.

    Upon consideration of the record before the Court and the testimony and exhibits presented, and in recognition of and compliance with the findings and conclusions entered on the record,

    IT IS HEREBY ORDERED that the Motion to Dismiss or Convert to Chapter 7 Proceeding is granted and the case is DISMISSED.

So ordered: February 8, 2006

BY THE COURT:

Irvin N. Hoyt
Bankruptcy Judge

**NOTICE OF ENTRY**
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Charles L. Nail, Jr.
Clerk, U.S. Bankruptcy Court
District of South Dakota