```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF SOUTH DAKOTA

In re:                                )  Bankr. No. 05-30027
                                      )  Chapter 11
SI TANKA UNIVERSITY                   )
Tax I.D. 46-0351565                   )  EXHIBIT AND WITNESS LIST FOR
            Debtor                    )  HEARING HELD FEB. 8, 2006
                                      )  ON U.S. TRUSTEE'S MOTION TO
                                      )  DISMISS OR CONVERT TO CHAPTER 7
```

**EXHIBITS**

| Identification | Offered | Received | Refused | Description |
|---|---|---|---|---|
| US Trustee 1 | X | X | | Si Tanka University Cash Flow Analysis |
| US Trustee 2 | X | X | | Draft Monies on Hand Jan. 06 - May 06 |
| US Trustee 3 | X | X | | Bankruptcy Depository Monthly Report |

These exhibits are located in the exhibit folder of the Court's file and will be maintained there until they are returned to the offering party pursuant to an order of the Court or the main case is closed.

**WITNESSES**

| Name | Address and Brief Description |
|---|---|
| Craig A. Bumann | Sr. Bankruptcy Analyst, U.S. Trustee's Office |

Dated this 8th day of February, 2006.

        s/s Nita Sarvis
        Courtroom Deputy