February 02, 2006

United States Bankruptcy Court
District Of South Dakota, Room 203
Federal Building and U.S. Post Office
225 South Pierre Street
Attn: Irwin N. Hoyt

Muriel Vivian High Elk
PO Box 363
Eagle Butte, SD
57625

RE: Bankr. No. 05-30027, Chapter 11

Honorable Judge Hoyt,

My name is Muriel Vivian High Elk. I am one of the Debtors under Tax I.D. 46-0351565, SiTanka University Bankruptcy case.

Based on the letter I received on February 01, 2006 on the Motion made January 27, 2006 by the Trustee, and ordered on January 31, 2006 I am making this plea to you to reconsider this Motion to Dismiss or Convert to Chapter 7.

Presently, I deny or object to theses motions and ask for an appeal or reconsideration as I was awarded to be paid forty-thousand dollars ($40,000) of SiTanka Huron University funds based on unanimous decision by CRST Council action as a SiTanka Huron University employee.

Therefore your honor, I am requesting your consideration in this matter as a Debtor on this case Bankr. No. 05-30027, Chapter 11.

*Muriel Vivian High Elk*
Muriel Vivian High Elk
605/964-6880

Attachment: Award Letter from CRST

RECEIVED/FILED

2006 FEB -6  A 7: 58

CLERK
U.S. BANKRUPTCY COURT
DIST. OF SOUTH DAKOTA