```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF SOUTH DAKOTA
```

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 05-30027 |
| | ) | Chapter 11 |
| SI TANKA UNIVERSITY | ) | |
| Tax I.D. 46-0351565 | ) | NOTICE OF |
| Debtor | ) | DESTRUCTION OF EXHIBITS |

NOTICE TO ALL INTERESTED PARTIES:

On February 8, 2006, a hearing was held on the Motion to Convert Case to Chapter 7, Motion to Dismiss Case. Appearances included Assistant United States Trustee Bruce J. Gering, Assistant United States Attorney Stephanie Bengford for the United States' Departments of Education, Agriculture (Rural Housing Service, and Treasury (I.R.S.), and Clair R. Gerry for Debtor.

At said hearing, the following exhibits were received by the Court:

See Exhibit List filed February 8, 2006

YOU ARE HEREBY NOTIFIED that the above-listed exhibits will be destroyed by the Clerk on **March 6, 2006** unless other arrangements for disposition are made with the Clerk by written request prior to that date. A party may request the return only of the exhibits which that party offered.

I hereby certify that on February 22, 2006 a copy of this document was electronically transmitted, mailed, hand-delivered, or faxed to the parties on the attached service list.

        CHARLES L. NAIL, JR.
        CLERK, U.S. BANKRUPTCY COURT

        s/Barbara Dooley, Deputy Clerk

        222 South Pierre Street, Room 203
        Pierre, South Dakota 57501
        (605)605-224-6013

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF SOUTH DAKOTA

In re:                              )   Bankr. No. 05-30027
                                    )   Chapter 11
SI TANKA UNIVERSITY                 )
Tax I.D. 46-0351565                 )   EXHIBIT AND WITNESS LIST FOR
              Debtor                )   HEARING HELD FEB. 8, 2006
                                    )   ON U.S. TRUSTEE'S MOTION TO
                                    )   DISMISS OR CONVERT TO CHAPTER 7
```

**EXHIBITS**

| Identification | Offered | Received | Refused | Description |
|---|---|---|---|---|
| US Trustee 1 | X | X | | Si Tanka University Cash Flow Analysis |
| US Trustee 2 | X | X | | Draft Monies on Hand Jan. 06 - May 06 |
| US Trustee 3 | X | X | | Bankruptcy Depository Monthly Report |

These exhibits are located in the exhibit folder of the Court's file and will be maintained there until they are returned to the offering party pursuant to an order of the Court or the main case is closed.

**WITNESSES**

| **Name** | **Address and Brief Description** |
|---|---|
| Craig A. Bumann | Sr. Bankruptcy Analyst, U.S. Trustee's Office |

Dated this 8th day of February, 2006.

                                             s/s Nita Sarvis
                                             Courtroom Deputy